v. HAROLD H. LIPPINCOTT CONSTRUCTION CO., INC., Appellant. (L) DOMINIC C. VENDITTE, Appellant, v. DOMINICK JUISTA et al., Respondents. (M) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES T. HOOPER, Appellant. (N) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUTH ANN BOGART, Appellant. (O) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH M. LEWIS, Appellant.— [In each action] Motion granted and appeal dismissed.

■ (A) W. D. CARPENTER CO., INC., Appellant, v. FRANK CONLON et al., Respondents. (Nov. 1, 1962.) (B) VERONICA G. COLLINS, Individually and as Administratrix, Plaintiff, v. HENRY G. HAYES et al., Defendants. (Nov. 5, 1962.) (C) ARNOLD ECKERT et al., Appellants, v. TOWN OF IRONDEQUOIT et al., Respondents. (Oct. 31, 1962.) (D) JAMES HAMILTON, Plaintiff, v. STANDARD OPERATING CORP., Defendant. (And Two Other Actions.) (Nov. 5, 1962.) (E) VINCENT J. MACVITTIE, Appellant, v. CONSOLIDATED LAUNDRIES CORP. et al., Respondents. (Dec. 1, 1962.) (See Eagle Contractors of Utica v. Black, 5 A D 2d 954.) (F) MERCEDES RIVERA, as Administratrix of the Estate of GUSTAVO RIVERA, Deceased, Respondent, v. HARRY T. PATTON, JR., Appellant. (Nov. 1, 1962.) (G) JOSEPH BARBATO et al., Respondents, v. METROPOLITAN LIFE INS. CO., Respondent, and IDA TUOSTO, Appellant. (Nov. 5, 1962.)— [In each action] Appeal dismissed unless records and briefs are filed and served as indicated.

■ JOSEPH BARBATO et al., Respondents, v. IDA TUOSTO, et al., Appellants.— Appeal dismissed unless records and briefs are filed and served on or before November 5, 1962, and otherwise motion denied.

■ MICHAEL FEDERATION, Doing Business as CERTIFIED WELDING WORKS, Respondent, v. JARVIS & SPITZ, INC., Appellant.— Appeal dismissed for failure to comply with previous order.

■ BERNARD GOLDSTEIN et al., Respondents, v. FAGO BROS. CONSTRUCTION CO., INC., Appellant.— Motion granted and appeal dismissed.

■ EDWARD HACKEMER, Appellant, v. JAMES R. KELLEHER, Individually and as Administrator et al., Respondents.— Motion to vacate order which dismissed appeal denied.

■ In the Matter of LOIS G. MULROY, Petitioner, v. WILLIAM E. MOSHER, as Commissioner of Erie County Health Dept., Respondent.— Motion granted to prosecute proceeding upon original record and five typewritten copies of petitioner's brief.

■ JOSEPH NEMETH, an Infant, et al., Appellants, v. ALFRED UNIVERSITY, Respondent.— Appeal dismissed unless records and briefs are filed and served on or before October 31, 1962.— Motion to amend notice of appeal denied.

## (October 25, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. URAN MINING CORPORATION et al., Respondents. JOHN SNARE et al., Appellants.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal by John Snare, Doris Snare and Iroquois Development Corporation from order of Monroe Special Term remanding the action of appellants and four other plaintiffs to the main action and ordering the First Federal Savings and Loan Association to turn over to the receiver certain funds held by it as security in the appellants' separate action.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ In the Matter of ANITA M. MARRA, Petitioner, v. COUNTY COURT OF THE COUNTY OF GENESEE et al., Respondents.— Application unanimously denied and proceeding dismissed, without costs. Memorandum: Prohibition is an